# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theron Preston Washington,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                            3:12cv511

Barack Obama,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2012 Order.

                                       Signed: August 21, 2012

                                       Frank G. Johns, Clerk
                                       United States District Court